[No. 2030.  Decided February 29, 1896.]

THE MERCHANTS NATIONAL BANK OF SEATTLE, *Appellant,* v. J. B. AULT *et al., Respondents.*

Appeal from Superior Court, Snohomish County.— Hon. JOHN O. DENNEY, Judge.  Appeal dismissed.

*Bronson & Clark,* for appellant.

*F. M. Headlee,* and *Ault & Munns,* for respondents.

*Per Curiam.*— Upon the argument it was suggested by counsel for respondents that no notice of appeal from the judgment rendered below had been given, and none appears in the transcript on file in this court.  It follows that we are without jurisdiction to entertain the cause upon the merits.

We may add, however, that were we to retain the case, respondents' motion to strike the statement of facts would have to be granted for the reasons given in *American Asphalt Co. v. Gribble,* 8 Wash. 255 (35 Pac. 1098).

The appeal must be dismissed.

---

[No. 2110.  Decided March 12, 1896.]

SEATTLE OPERATING COMPANY, *Respondent,* JOHN J. CAVANAUGH *et al., Appellants.*

Appeal from Superior Court, King County.— Hon. RICHARD OSBORN, Judge.  Affirmed.

*J. T. Ronald,* for appellants.

*J. E. Lilly,* for respondent.

*Per Curiam.*—This is an appeal from an order setting aside a verdict and granting a new trial, it being contended that the granting thereof was an abuse of discretion.  After an examination of the evidence we are of the opinion that such contention is not sufficiently substantiated, and the order is affirmed.